

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00334-CV

**IN THE INTEREST OF R.A.J.**, a Child

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-14957
Honorable Antonia Arteaga, Judge Presiding

PER CURIAM

Sitting:        Patricia O. Alvarez, Justice
                   Luz Elena D. Chapa, Justice
                   Jason Pulliam, Justice

Delivered and Filed: July 13, 2016

DISMISSED FOR WANT OF PROSECUTION

In this suit affecting the parent-child relationship, the clerk's record was due on June 3, 2016. *See* TEX. R. APP. P. 35.1(a). On June 7, 2016, the Bexar County District Clerk notified this court that Appellant has failed to pay the clerk's fee for preparing the record and Appellant is not entitled to a free clerk's record. On June 16, 2016, we ordered Appellant to file written proof with this court by June 27, 2016, that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee, or (2) Appellant is entitled to appeal without paying the clerk's fee. We warned Appellant that if she failed to respond as ordered, this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

To date, Appellant has not filed any response with this court. Therefore, we dismiss this appeal for want of prosecution. *See id.* R. 37.3(b), 42.3(b), (c).

PER CURIAM